NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BROADCOM CORPORATION, QUALCOMM INCORPORATED, AND QUALCOMM ATHEROS, INC.,
*Petitioners.*

---

Miscellaneous Docket No. 141

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 11-CV-0139, Chief Judge Leonard Davis.

---

## ON PETITION

---

## ORDER

Broadcom Corporation et al. submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to dismiss or transfer this case to the United States District Court for the Southern District of New York or, alternatively, to the United States District Court for the Northern District of California.

Upon consideration thereof,

IN RE BROADCOM CORP                                                    2

IT IS ORDERED THAT:

Azure Networks LLC and Tri-County Excelsior Foundation are directed to respond no later than November 2, 2012.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26